```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

      v.    Criminal Case No. 11-30005-001

**TERRENT CHRONISTER**                                                 **DEFENDANT**

## O R D E R

    Now on this 26th day of June, 2012, comes on for consideration defendant's **Motion For Supplemental Briefing** (document #36). Defendant seeks leave to supplement his Motion To Dismiss Indictment in light of **Reynolds v. U.S.**, 132 S.Ct. 975 **(2012)** and **U.S. v. Chronister**, 459 Fed.Appx. 581 (8th Cir. 2012).

    The Court agrees that additional briefing is appropriate -- from both parties -- but believes that such briefing should be submitted not as a supplement to the previous motion, but independent of it, *i.e.*, as a free-standing motion by defendant and a free-standing response by plaintiff.

    **IT IS THEREFORE ORDERED** that defendant's **Motion For Supplemental Briefing** (document #36) is **granted**.

    **IT IS FURTHER ORDERED** that the parties are to submit new briefs on the issue of whether the Indictment in this case should be dismissed in light of **Reynolds**, *supra*.

    **IT IS FURTHER ORDERED** that the following briefing schedule shall apply:

    Defendant's initial brief is due 28 days from the date of

this Order.

Plaintiff's response is due 14 days after defendant's brief is filed.

Defendant shall have seven days after plaintiff's response to file a reply brief.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**